UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| REKITA BLACKMON, ) | |
| ) | Case No. 1:24-cv-341 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| HABITAT FOR HUMANITY ) | |
| INTERNATIONAL AND HABITAT FOR ) | |
| HUMANITY OF GREATER ) | |
| CHATTANOOGA, ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

This matter is before the Court for case-management purposes. On March 24, 2025, the Court granted Defendant Habitat for Humanity of Greater Chattanooga's motion to dismiss. (*See* Doc. 10.) The Court also ordered Plaintiff to inform the Court whether Habitat for Humanity International is a proper party to this suit. (*See id.* at 7.) Plaintiff filed a notice on March 31, 2025, informing the Court that Habitat for Humanity International is not a proper party. (*See* Doc. 11.) Accordingly, there are no claims or defendants remaining, and the Clerk is **DIRECTED** to close the case.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**